UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILIP MOG,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                Defendant.

Case No. C11-5343 JRC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

    DATED this 6th day of May, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1