1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT TACOMA

10    PHILIP MOG,

11                          Plaintiff,              CASE NO. 11-cv-05343 RBL-JRC

12          v.                                      REPORT AND RECOMMENDATION
                                                    ON STIPULATED MOTION FOR
13    MICHAEL J. ASTRUE, Commission of              REMAND
      the Social Security Administration,
14
                            Defendant.
15

16          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17    U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews,

18    Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on

19    Defendant's stipulated motion to remand the matter to the Commissioner for further

20    consideration.  (ECF No. 20.)

21          After reviewing Defendant's stipulated motion and the relevant record, the undersigned

22    recommends that the Court grant Defendant's motion. The Court should REVERSE the

23    Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1  pursuant to Title II and Supplemental Security Income benefits pursuant to Title XVI of the

2  Social Security Act, and REMAND this matter to the Commissioner of Social Security for

3  further proceedings before an Administrative Law Judge ("ALJ") pursuant to sentence four of 42

4  U.S.C. § 405(g).

5        On remand, the ALJ should update the treatment evidence on Plaintiff's medical

6  condition; if warranted, obtain evidence from a medical expert to clarify the nature and severity

7  of Plaintiff's impairment; reevaluate the medical opinions of record and explain the reasons for

8  the weight given to the medical opinion evidence; further consider Plaintiff's residual functional

9  capacity on the updated record, citing specific evidence in support of the assessed limitations;

10  further consider whether or not Plaintiff had past relevant work he could have performed with

11  the limitations established by the evidence; as appropriate, secure supplemental evidence from a

12  vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base;

13  and evaluate the effect, if any, of Plaintiff's subsequent application dated April 6, 2010, finding

14  Plaintiff disabled beginning February 27, 2010.

15        This Court recommends that the Commissioner's decision be reversed pursuant to

16  sentence four of 42 U.S.C. §405(g), with a remand of the cause to the Commissioner for further

17  proceedings.  See, Melkonyan v. Sullivan, 501 U.S. 89 (1991).  This Court further recommends

18  that the ALJ take any other actions necessary to develop the record.  In addition, Plaintiff should

19  be allowed to submit additional evidence and arguments to the ALJ on remand, as relevant to the

20  appropriate time frame.

21        Given the facts and the parties' stipulation, the Court recommends that the District Judge

22  immediately approve this Report and Recommendation and order the case be **REVERSED** and

23  **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

24

1    **JUDGMENT** should be for Plaintiff and the case should be **closed**.

2    Dated this 7th day of February, 2012.

3

4

5    J. Richard Creatura
     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24